[No. 16861-1-III.    Division Three.    April 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DEAN SCHMITT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00387-4, Salvatore F. Cozza, J., entered July 22, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.

[No. 17141-8-III.    Division Three.    April 13, 1999.]

FRANK L. MATNEY, ET AL., *Respondents*, v. RALPH E. SNODGRASS, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 96-2-00089-6, Larry M. Kristianson, J., entered November 25, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 17200-7-III.    Division Three.    April 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE LEE RIENDEAU, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00226-6, Paul A. Bastine, J., entered January 16, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16722-4-III.    Division Three.    April 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 97-1-00012-7, Larry M. Kristianson, J., entered June 12, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.